IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>2005 JAGUAR VANDEN PLAS SEDAN,<br>VIN: SAJWA82C45SG47157<br>California License Number: 5RTZ331<br><br>        Defendant. | 2:07-cv-01774-GEB-EFB<br><br>ORDER AMENDING<br>SCHEDULING ORDER |

        On April 14, 2008, Plaintiff United States of America and Claimant Margaret Harvey jointly filed a Stipulation and Order to modify status (pretrial scheduling) order which is approved and adopted.

        Therefore, the Status (Pretrial Scheduling) Order filed on November 20, 2007, is amended as follows to provide Claimant Margaret Harvey's counsel more time to conduct discovery as indicated in their Stipulation:

    (1)  Discovery completion date - August 1, 2008;

    (2)  Last motion hearing date - October 6, 2008;

    (3)  Final Pretrial Conference - December 22, 2008 at 2:30 p.m.;

1

1         <u>Joint</u> pretrial statement is due 7 days prior to the final
2         pretrial conference.
3   (4)  Trial - March 17, 2009 at 9:00 a.m. in courtroom 10.
4         IT IS SO ORDERED.

Dated: April 15, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge