IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff(s),<br><br>   v.<br><br>2005 JAGUAR VANDEN PLAS SEDAN,<br>VIN: SAJWA82C45SG47157,<br>CALIFORNIA LICENSE NUMBER: 5RTZ331,<br><br>          Defendant. | 2:07-cv-01774-GEB-EFB<br><br>ORDER RE: SETTLEMENT<br>AND DISPOSITION |

On August 1, 2008, Plaintiff filed a notice of settlement in which it states "[t]he parties have reached a settlement in the above-captioned case." Therefore, a settlement document or dismissal document shall be filed no later than August 29, 2008. See L.R. 16-160(b) (stating a date for filing documents disposing of the action "shall not be more than twenty (20) calendar days from the date of [when the settlement notification was received]"). Failure to respond by this deadline may be construed as consent to dismissal of this action without prejudice, and a dismissal order could be filed. See L.R. 16-160(b) ("A failure to file dispositional papers

1

1 | on the date prescribed by the Court may be grounds for sanctions.").
2 |      The final pretrial conference and trial dates remain on
3 | calendar, in the event that the above referenced settlement documents
4 | are not filed, or this action is not dismissed.
5 |      IT IS SO ORDERED.
6 | Dated: August 22, 2008

_____
GARLAND E. BURRELL, JR.
United States District Judge